# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**ROBERT DURELL BENJAMIN FLINTROY,**

    **Plaintiff,**

v.                                                          Case No. 1:21-cv-9-AW-MAF

**GAINESVILLE AUTOMOTIVE MANAGEMENT LLC,**

    **Defendant.**

_____/

## **JUDGMENT**

This case is dismissed with prejudice, each party to bear its own attorney's fees and costs.

                                                          JESSICA J. LYUBLANOVITS
                                                          CLERK OF COURT

<u>May 13, 2022</u>                                   s/ KELLI MALU
Date                                                   Deputy Clerk: Kelli Malu